IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Income Tax

| | | |
|---|---|---|
| RONALD J. BUTCHER, | ) | |
| | ) | |
| Plaintiff, | ) | TC-MD 160249N |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF REVENUE, | ) | |
| State of Oregon, | ) | |
| | ) | **FINAL DECISION OF DISMISSAL[1]** |
| Defendant. | ) | |

This matter is before the court on its own motion to dismiss this case for lack of prosecution.

A case management conference was held on August 8, 2016, during which the parties agreed to schedule a mediation on October 5, 2016, and a trial on November 16, 2016. On August 9, 2016, the court sent notice of the scheduled trial to Plaintiff at the address Plaintiff provided to the court. The court's notice was not returned as undeliverable. That notice advised that if Plaintiff did not appear, the court might dismiss the appeal.

The parties participated in the mediation on October 5, 2016, and signed a Mediation Agreement with settlement contingent upon "Plaintiff providing evidence to the satisfaction of Defendant that Plaintiff's employer, Western States Ins., did not have a reimbursable plan for above expenses." The agreement further stated that the "issue remains a triable issue until resolved." Following the mediation, the court received no further communication from the parties regarding their Mediation Agreement.

/ / /

---

[1] This Final Decision of Dismissal incorporates without change the court's Decision of Dismissal, entered November 22, 2016. The court did not receive a statement of costs and disbursements within 14 days after its Decision of Dismissal was entered. *See* Tax Court Rule–Magistrate Division (TCR–MD) 16 C(1).

Plaintiff failed to appear for the trial scheduled at 9:00 a.m. on November 16, 2016. As of the date of this Final Decision of Dismissal, the court has received no communication from Plaintiff regarding his failure to appear at trial. Under such circumstances, the court finds the appeal must be dismissed for lack of prosecution. Now, therefore,

IT IS THE DECISION OF THIS COURT that Plaintiff's appeal is dismissed.

Dated this \_\_\_ day of December 2016.

_____
ALLISON R. BOOMER
MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within <u>60</u> days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed. TCR-MD 19 B.*

*This document was filed and entered on December 13, 2016.*